UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN, | Case No. 2:25-cv-1552-JDP (P) |
| Petitioner, | |
| v. | ORDER |
| JOLIE LIPSIG, et al., | |
| Respondents. | |

    Petitioner Paul C. Bolin, a state prisoner proceeding without counsel, seeks a writ of mandamus pursuant to 28 U.S.C. § 1651(a). The petition for writ is deficient, however, because it impermissibly seeks to compel action from state agencies and officials. Moreover, although this case is classified as one seeking a writ of habeas corpus, the petition for mandamus does not attack any underlying conviction; instead, it argues that respondents have denied petitioner access to the state court system. Accordingly, I find that this action cannot proceed. I will give petitioner one opportunity to amend. I will also grant his application to proceed *in forma pauperis*, ECF No. 2.

    A writ of mandamus is available "to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. Here, petitioner impermissibly seeks to compel state officials, all of whom appear to be members of the "state

1

public defender's office." *See Demos v. United States Dist. Court*, 925 F.2d 1160, 1161-1162 (9th Cir. 1991) ("Thus, to the extent that Demos attempts to obtain a writ in this court to compel a state court to take or refrain from some action, the petitions are frivolous as a matter of law."); *Robinson v. Cal. Bd. of Prison Terms*, 997 F. Supp. 1303, 1308 (C.D. Cal. 1998) ("Nor can this Court treat the plaintiff's complaint as a request for writ of mandamus since federal courts are without power to issue writs of mandamus to direct state agencies in the performance of their duties."). I will give petitioner one opportunity to amend and explain why this action should proceed.

Accordingly, it is hereby ORDERED that:

1. The petition, ECF No. 1, is DISMISSED with leave to amend.

2. Within thirty days from service of this order, plaintiff shall file either (1) an amended petition or (2) notice of voluntary dismissal of this action without prejudice.

3. Failure to timely file either an amended petition or notice of voluntary dismissal may result in the imposition of sanctions, including a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

4. Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is GRANTED.

5. The Clerk of Court shall send petitioner a federal habeas form with this order.

6. Petitioner's motion to cease and desist, ECF No. 6, is DENIED.

IT IS SO ORDERED.

Dated:   July 30, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE